01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,　　　　)   CASE NO. MJ 07-591
　　　　　　　　　　　　　　　　　　　　)
09　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
10　　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)   DETENTION ORDER
11   FERNANDO DE LA CRUZ-MALAGON,　　)
　　　　　　　　　　　　　　　　　　　　)
12　　　　　　Defendant.　　　　　　　　)
　　　────────────────────────────　　)
13

14   Offense charged:

15　　　　Illegal Reentry after Deportation

16   Date of Detention Hearing:　　Initial Appearance December 20, 2007

17　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably assure

20   the appearance of defendant as required and the safety of other persons and the community.

21　　　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22　　　　(1)　　Defendant is reportedly a citizen of Mexico.

DETENTION ORDER　　　　　　　　　　　　　　　　　　　　　　15.13
18 U.S.C. § 3142(i)　　　　　　　　　　　　　　　　　　　　Rev. 1/91
PAGE 1

01    (2)    The United States alleges that his presence in this country is illegal.  There is an

02 immigration detainer pending against him.  The issue of detention in this case is therefore

03 essentially moot, as the defendant would be released to immigration custody if not detained in this

04 case.

05    (3)    Defendant and his counsel offer no opposition to the entry of an order of detention.

06    (4)    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

07 Therefore, there is limited information available about him.

08    (5)    There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

10 to other persons or the community.

11 It is therefore ORDERED:

12    (1)    Defendant shall be detained pending trial and committed to the custody of the

13         Attorney General for confinement in a correction facility separate, to the extent

14         practicable, from persons awaiting or serving sentences or being held in custody

15         pending appeal;

16    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

17         counsel;

18    (3)    On order of a court of the United States or on request of an attorney for the

19         Government, the person in charge of the corrections facility in which defendant is

20         confined shall deliver the defendant to a United States Marshal for the purpose of

21         an appearance in connection with a court proceeding; and

22    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                                15.13
18 U.S.C. § 3142(i)                                                        Rev. 1/91
PAGE 2

01    counsel for the defendant, to the United States Marshal, and to the United States

02    Pretrial Services Officer.

03        DATED this <u>21st</u> day of December, 2007.

04

05    _____
      Mary Alice Theiler
06    United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 3